UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ROBERT A. HYMAN

    Plaintiff,

v.                                  CIVIL CASE NO: L02CV2260

ELECTRONIC INSTRUMENTATION
& TECHNOLOGY, INC.

    Defendant

### FINAL ORDER OF DISMISSAL

THIS MATTER CAME to be heard upon the representation of counsel, as evidenced by their endorsement of this Order, that all matters herein have been resolved and this action, including the Complaint and the Counterclaim, may be dismissed with prejudice.

IT IS SO ORDERED.

DATED: Feb. 20, 2003

_____
U.S. District Court Judge

**WE ASK FOR THIS:**

*/s/ Vera L. Case*

Vera L. Case
(Federal Bar No: 22268)
SMITH & DOWNEY, PA
One West Pennsylvania Avenue
Suite 950
Baltimore, MD 21204
(410) 321-9000
Counsel for Plaintiff Robert H. Hyman

*/s/ Jed L. Babbin*

Jed L. Babbin
(Federal Bar No: 024775)
O'CONNOR & HANNAN, L.L.P.
1666 K St., N.W.
Suite 500
Washington, DC 20006
(202) 887-1436
Counsel for Defendant Electronic Instrumentation & Technology, Inc.

*/s/ William C. Mims*

William C. Mims
(V.S.B. No: 24090)
MIMS, ATWILL & LEIGH, PC
101 North King Street
Post Office Drawer 741
Leesburg, Virginia 20178-0741
(703) 777-4000
Of Counsel for Defendant Electronic Instrumentation & Technology, Inc.